

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00421-CV

Pedro **MARTINEZ**, Superintendent of San Antonio Independent School District;
Patti Radle, President of Board of Trustees for San Antonio Independent School District; Arthur
V. Valdez, Vice-President of Board of Trustees for San Antonio Independent School District;
Debra Guerrero, Secretary of Board of Trustees for San Antonio Independent School District;
Steven Lecholop, Trustee of Board of Trustees for San Antonio Independent School District;
James Howard, Trustee of Board of Trustees for San Antonio Independent School District;
Ed Garza, Trustee of Board of Trustees for San Antonio Independent School District; and
Democracy Prep Public Schools, Inc.
Appellants

v.

**SAN ANTONIO ALLIANCE OF TEACHERS AND SUPPORT PERSONNEL**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-08318
Honorable Karen H. Pozza, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the provisions in the trial court's order denying the appellants' pleas to the jurisdiction are REVERSED, and judgment is RENDERED dismissing the underlying lawsuit. It is ORDERED that appellants recover their costs of this appeal from appellee.

SIGNED April 10, 2019.

_____
Beth Watkins, Justice